IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:23-cr-16 (MSN) |
| AARON YOHANNES, | |
| Defendant. | |

**REVISED POSITION OF THE UNITED STATES ON SENTENCING**

The United States of America hereby submits this revised position on sentencing, currently scheduled for June 8, 2023.

The United States had previously indicated that the advisory guideline range for the defendant is 41 to 51 months imprisonment based on an offense level total of 21 and criminal history category II. We now recommend that the Court apply a two-level variance based on the recently proposed amendments to the Sentencing Guidelines, which would result in an offense level total of 19 and an advisory sentencing range of 33 to 41 months imprisonment.

Under USSG § 2D1.1(b)(18), a defendant who meets the criteria set forth in USSG § 5C1.2(a)(1)-(5) is entitled to a two-level decrease in his offense level. Yohannes, however, does not meet these criteria under the current Sentencing Guidelines. Under the current USSG § 5C1.2(a)(1), a defendant may not have more than one criminal history point, and Yohannes has two criminal history points for two one-point offenses.

The provisions of USSG § 5C1.2(a) reflect the safety valve criteria previously found in 18 USC § 3553(f). Those criteria were modified by the First Step Act, but they have not yet been incorporated into the Sentencing Guidelines. The United States Sentencing Commission

has recently published proposed amendments to the Sentencing Guidelines, which would, among other things, modify USSG § 5C1.2(a) to reflect the changes made to the safety valve by the First Step Act. Under the proposed amendments, which will go into effect on November 1, 2023, a defendant may not have more than four, rather than one, criminal history points (among other factors) in order to qualify for the two-level decrease in his offense level.

Yohannes meets all of the proposed USSG § 5C1.2 safety valve criteria, and, if the amended guidelines were in effect today, he would qualify for a two-level decrease in his offense level under § 2D1.1(b). We therefore believe a two-level variance is appropriate, and we ask the Court to sentence the defendant as if he had an offense level of 19 rather than 21, with an advisory guideline range of 33-41 months.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
James L. Trump
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3726
jim.trump@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June, 2023, I filed the foregoing pleading with the Clerk of Court using the Court's electronic filing system, which will serve all counsel of record.

By:         /s/
James L. Trump
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3726
jim.trump@usdoj.gov